## FOURTH DEPARTMENT, SEPTEMBER TERM, 1885.

George A. Fisher v. George Dougherty.— Motion denied, without costs.

Daniel Ackerman v. Isaac P. Powers. — Leave granted to appeal to the Court of Appeals on the ground that a question of law is involved which ought to be reviewed by that court.

Charles S. Biddlecom v. Loren F. Shed.— Motion denied.

Lawrence Ryan v. Edward Klock. — Motions denied, with ten dollars costs.

Joel E Phelps, Appellant, v. James Denmoree, Respondent. — Motion granted by default.

Joab L. Cleft, as Survivor, v. George Barrow. —Leave granted to appeal to the Court of Appeals on the ground that a question of law is involved which ought to be reviewed by that court.

Elias Walter v. William C. Gould. — Motion for leave to appeal to the Court of Appeals denied.

Ellis R. Williams, Respondent, v. The Delaware, Lackawana and Western Railroad Company, Appellant. — Re-argument ordered.

Jane A. Sherman, Respondent, v. Thomas P. Sherman, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Anglo-American Roofing Company, Appellant, v. The New York, West Shore and Buffalo Railroad Company and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Wilber S. Peck and others, Respondents, v. George Rosenberg, Appellant. — Order affirmed, with ten dollars costs and disbursements

Mary J. C. Smith, Respondent, v. George W. Pier and others, Appellants. — Judgment and order reversed and a new trial ordered upon payment by defendants of the costs of the former trial. Costs of this appeal to abide the event. Opinion by Boardman. J.

John P. Simcoe, Respondent, v. George W. Simcoe, appellant. — Judgment of the County Court of Chemung county affirmed, with costs. Opinion by Follett, J.

Henry E. Drake and others, Respondents, v. George C. Leonard, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Merritt Peckham and others, Appellants, v. Silas S. Matteson and others, Respondents. — Judgment affirmed, with costs on opinion of Martin, J., delivered at Special Term.

John Wetterhahn, Appellant, v. Andrew J. Baltz, Respondent. — Judgment of the County Court of Jefferson county affirmed on the opinion of the county judge.

Erastus S. Penny, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Lorenzo D. Dutton, Appellant, v. Harriet Monroe, Respondent. — Judgment reversed and a new trial ordered before a new referee, costs to abide the event. Opinion by Follett, J.

Stephen R. Ryan, as Receiver, etc., Appellant, v. Charles H. Sage, Respondent. — Judgment of the County Court of Jefferson county affirming justice's judgment affirmed, with costs. Opinion by Boardman, J.

Mary J. Ray and others, Appellants, v. John D. Mills and others, Respondents. — Judgment affirmed, with costs in favor of respondents against appellants, payable out of their shares. Decision as of May first, of April term. Opinion by Follett, J.

William H. Brockway and others, Appellants, v. John Fleming and others, Respondents.—

Judgment affirmed, with costs. Opinion by Hardin, J.

Samuel Wells, Respondent, v. Leonard L. Fancher, Appellant. — Judgment and order of the County Court of Onondaga county affirmed, with costs Opinion by Boardman. J.

Gordon P. Spencer, Respondent, v. Eliza Wait, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Julia E. Blackman, Respondent, v. Eliza Wheeler, Appellant. — Orders affirmed, with ten dollars costs and disbursements.

Julia E. Blackman, Respondent, v. Eliza Wheeler, Appellant. — Default taken in this court on the fifteenth day of September. Opened without costs to either party.

Julia E. Blackman, Respondent, v. Eliza Wheeler, Appellant. — In the appeal submitted at this term orders are affirmed, with ten dollars costs and disbursements.

In the Matter of Michael L. McCarthy, an Attorney and Counselor-at-law. — Motion to strike the name of Michael L. McCarthy from the rolls denied; also application to send case back to referee for further proof denied. Follett, J., not voting.

Harvey Huyck, Appellant, v. Bloomfield U. Caswell, Respondent. — Order affirmed, with ten dollars costs and disbursements, on opinion of Kennedy, J., delivered at Special Term, Hardin, P. J., not voting.

Sophia McCarthy, Appellant, v. Moses B. Tice, as Administrator, etc, Respondent. — Judgment and order affirmed, with costs. Opinion by Follett, J.

The Oneida County Bank, Appellant, v. Arthur S. Herenden and others, Respondents.—Order reversed, with ten dollars costs and disbursements. and motion denied, with ten dollars costs. See opinion of Hardin, P. J., in the *Utica Clothes Dryer Manuf'g Co.* v. *Otis,* decided at this term and reported *ante,* p. 301.

Thomas M. Richie, as Survivor, etc., Respondent, v. George C. Bedell, Appellant. — Order reversed, with ten dollars costs and disbursements, without prejudice to subsequent proceedings. Opinion by Vann, J.

Horace B. Pollard, Respondent v. George H. Willis, Appellant. — Judgment of Oneida County Court affirming justice's judgment affirmed, with costs. Opinion by Follett, J.

Albert Hall, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed, and a new trial ordered, with costs to abide the event. Opinion by Vann, J.

Joseph Esmond and others, Appellants, v. Moses L. Abbott, Respondent.—Judgment and order affirmed, with costs. Opinion by Follett, J.; dissenting opinion by Hardin, P. J.

Henry F. Myers and others, Respondents, v. Jeremiah Kinnie, Appellant. — Judgment of the County Court of Herkimer county and of the Justice's Court reversed, with costs. Opinion by Follett, J.; Vann, J. not sitting.

Edward Lewis, as Receiver, Appellant, v. The St. Vincent Male Orphan Asylum of Utica and William Kernan, Respondents. — Judgment affirmed, with one bill of costs in favor of defendant Kernan. Opinion by Vann, J.

Thomas Richardson, Appellant, v. Richard English and others, Respondents.—Judgment affirmed, with costs to respondent. Opinion by Hardin, P. J.

In the Matter of proving the last Will, etc., of Samuel Woolever, deceased.

Ann Swartwood, Appellant, v. Ezra Woolever and others. Respondents.—Decree of the surrogate of Tompkins county reversed and a